# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Krawczyk, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since April 2023. I am currently assigned to the Albany, New York Division, Rutland Resident Agency. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A, and sexual exploitation of minors, in violation of Title 18, United States Code, Sections 2422(b), 2423(b). I have experience executing search warrants, including search warrants for physical premises and electronic evidence. I obtained a Bachelor of Science Degree in Digital Forensics and Computer Investigations from Champlain College and understand the manner in which cyber-related violations occur.

2. Prior to joining the FBI, I was a police officer in Philadelphia, Pennsylvania, from February 2010 to December 2022. In that capacity, I investigated a variety of crimes including crimes against children and other criminal violations involving the use of computers and electronic devices.

3. The statements contained in this Affidavit are based on, among other things, my own investigation; information provided by law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training, education, and background as a Special Agent.

4. Based on the information in this Affidavit, I submit that there is probable cause to believe that in or about November 2024 in the District of Vermont, Andrew BUZZELL knowingly distributed material that contains child pornography in violation of 18 U.S.C. § 2252A(a)(2)(B).

5. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Andrew BUZZELL committed the above violations. Unless otherwise noted, the statements discussed in this Affidavit are partial and in sum and substance only, and are not intended to be verbatim quotations.

## PROBABLE CAUSE

### *2024 and 2025 NCMEC Tips*

6. On or about December 17, 2024, the Vermont Internet Crimes Against Children Task Force (VT-ICAC) received a Cyber Tip from the National Center for Missing & Exploited Children (NCMEC) that originated with the social media and messaging platform Kik Messenger ("Kik"). According to the tip, Kik user account **kinkyvt1231** shared four files to other users via private chat messaging on Kik, including, one .mp4 video file categorized as apparent child pornography and three .jpeg image files identified as an unclothed child. In describing the "Uploaded File Information" for these video and image files, the Cyber Tip identifies the events as "Logins" and provides associated date/times on November 6, 2024.

7. The NCMEC Cyber Tip states that Kik, as the reporting Electronic Service Provider, viewed the entire contents of the uploaded files. The Cyber Tip lists these files as being in two categories:

a. One file as "Any imagery depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value" of a Pubescent Minor.

b. Three files of "Any imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer" of a Pubescent Minor.

8. Law enforcement subsequently reviewed the video and images. The video file is approximately one minute long and depicts a prepubescent female child approximately 6 to 10 years of age based on the size of the child lying supine on a bed. An adult male is seen in the video vaginally penetrating the child with his penis and ejaculating into the child's vagina.

9. Kik provided the logged IP address of 64.223.97.242, an email address, abuzzell91@gmail.com, as suspect account information for Kik account user **kinkyvt1231** as part of this Cyber Tip submission to VT-ICAC.

10. On or about October 8, 2025, VT-ICAC received a second Cyber Tip from NCMEC that originated with the social media and messaging platform Kik. According to the tip, Kik user account **woodman1241** sent a .jpeg image file categorized as apparent child pornography. In describing the "Uploaded File Information" for the image file, the Cyber Tip identifies the event as "Upload" and provides an associated date/time on August 17, 2025.

11. The NCMEC Cyber Tip states that Kik, as the reporting Electronic Service Provider, viewed the entire contents of the uploaded file. The Cyber Tip lists this file as: "Any imagery

depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value" of a Prepubescent Minor.

12. Kik provided the logged IP address of 64.223.97.242, and email address, sexykatie9191@gmail.com, as suspect account information for Kik account user **woodman1241** as part of this Cyber Tip submission to VT-ICAC.

13. Based on my training and experience, the NCMEC descriptions, and law enforcement's review of the aforementioned files, there is probable cause to believe that the files transferred through Kik by users **kinkyvt1231** and **woodman1241**, constitute child pornography, as defined by 18 U.S.C. § 2256(8). Additionally, based on the common IP address, 64.223.97.242, for both Kik accounts, I believe the accounts were likely used by the same person.

***Information Regarding Kik Messenger***

14. Kik is a free instant messaging mobile application designed and previously owned by Kik Interactive Incorporated, a company based in Waterloo, Canada. Kik uses the Internet to allow users to send and receive instant messages, photos and videos to other Kik users. During the account registration process, users are prompted to create a username, which cannot later be changed, and a display or vanity name, which other users initially see when communicating. During the registration process, users are also asked to provide an email address, date of birth, user location and a profile picture. Email addresses can be "confirmed," which means the user verified the email address is valid by clicking a verification link sent from Kik to the provided email address, or "unconfirmed," which means the email address is invalid, or the user did not click on the link from Kik. A user does not have to "confirm" the email address to create an account. In addition, a key

feature of Kik is that users are not required to provide accurate information during the account registration process.

15. Once an account is created, a user can locate groups and other users through a search feature. The search feature generally requires a user to know an intended recipient's username to locate them. Once connected, Kik users can share messages, images and videos via private messages to other users. Kik also allows users to create chatrooms, through which groups of up to 100 users can exchange messages and digital files. These chatrooms, commonly referred to as "Kik Groups," are typically administered by the user who created the chatroom, and this user has the authority to add, remove, and ban other users from the group, as well as to promote other users to "administrator." This is true for both private and public chatrooms. Many public groups are created with a group code that contains a "hashtag" (e.g., "#KikTeens"), allowing the group or chatroom to be located more easily. Specifically, a user will search for a public group using a term or word associated with the group name, which is often contained in the hashtag. Once a group is created, Kik users can engage in a "group chat" and exchange messages and content within the group.

16. According to Kik's Terms of Service, which each user must acknowledge when creating an account, it is a violation of the agreement to use Kik to upload, post, comment on, or store content that is obscene, offensive, contains pornography, or is harmful to minors in any way. These Terms of Service specifically state that "…[Kik] may review, screen and delete your User Content at any time if we think it may violate these Terms. You are responsible for the User Content that you send through the Services, including for back up of such content."

17. To combat the proliferation of child pornography on its platform, the Kik Trust and Safety Team uses a third-party company to review profile pictures that are uploaded by users and groups. Kik also uses PhotoDNA to compare user-uploaded images against a database of known

child pornography images that are in circulation. Any images that are flagged and reported by the third-party company or the PhotoDNA software are subsequently viewed by a member of the Kik Trust and Safety Team.

18. Kik also allows users to report other users who have abused or harassed them within the app. These are referred to as "Abuse Reports." When a Kik user submits an Abuse Report, they can include their full conversation history, including text and any images or videos transmitted in the conversation. When Kik receives an Abuse Report, an employee reviews the reported material to verify that it contains child pornography or is otherwise considered child exploitative material.

19. Any material determined by Kik to be exploitative through typical hash value match, third-party monitoring, or Abuse Reports is subsequently reported to NCMEC via a CyberTipline referral. Kik provides NCMEC with the reported material, as well as basic subscriber information for the suspect account. This subscriber data includes, but is not limited to, the information entered by the user during the account registration process, any updates to this information after the registration process, device type (*e.g.*, iPhone, Samsung Galaxy S5, etc.,), the Kik application version used, and log-in data associated with the last thirty days of account activity to include the user IP Address information. Upon reporting this information to NCMEC, Kik deletes or disables the suspect account for violating its Terms of Service.

20. Based on my training and experience in child exploitation investigations, I am aware that Kik is a prominent meeting place for individuals seeking to share child pornography and engage in child exploitative dialogue. During my law enforcement career, I have participated in, and have knowledge of, several investigations where offenders used Kik to transport, distribute, and receive child pornography, as well as other offenders who used the platform to coerce and entice minors to engage in illegal sexual activity. Based on information obtained from interviews with some of these

offenders, I am aware that Kik is a preferred platform for child exploitation offenders because the application facilitates anonymous communication, which assists offenders in avoiding detection by law enforcement.

***June 2026 Conversation with Princesspantyboy***

21. On June 17, 2026, an FBI Online Covert Employee (OCE) posted a message in a Target Application[1] stating: "Any pervs looking for a hot fuck? Serving Taboo Young." On the same day as the posting, Target Application user **Princesspantyboy** responded to the posting and sent a direct message to the FBI OCE. The following communication ensued:

> PRINCESSPANTYBOY: M or f
> OCE: F young
> PRINCESSPANTYBOY: Mmmm how young is young hun?
> PRINCESSPANTYBOY: Care to share some pics?
> PRINCESSPANTYBOY: Hun?
> OCE: ASL?[2] We only do IRL.[3] I can send pics but only after we build some trust.
> PRINCESSPANTYBOY: 34 m new england
> OCE: We're in philadelphia
> PRINCESSPANTYBOY: Ohh ok
> PRINCESSPANTYBOY: What ages?
> OCE: What is to young?
> PRINCESSPANTYBOY: There's no such thing [heart smiling face emoji]
> OCE: Mmmm. You'll like her then
> PRINCESSPANTYBOY: Ohh? Please tell me more
> OCE: 9 yo, has been training for about 8 months.
> OCE: Interested?
> PRINCESSPANTYBOY: Fuck yes
> PRINCESSPANTYBOY: Such a perfect age
> PRINCESSPANTYBOY: Does she enjoy it?
> PRINCESSPANTYBOY: Why did you start training her younger?
> OCE: No that she can take almost anything she loves it.

---

[1] The Target Application, as well as certain identifying details, are known to law enforcement, but are omitted from this Affidavit to protect operational security. Users of the Target Application and similar applications are often highly conscious of law enforcement activity. If it became public knowledge of the law enforcement presence in the Target Applications, efforts to identify additional criminal actors and obtain additional evidence could be hindered.

[2] ASL is an abbreviation for Age/Sex/Location.

[3] IRL is an abbreviation for "in real life."

PRINCESSPANTYBOY: I wish I was closer I want her riding my cock
PRINCESSPANTYBOY: How did you start training her? I need to train my niece that's 10
OCE: No judgment, but that is just how our family operates. My mom started me young, so I started her young.
PRINCESSPANTYBOY: That's amazinggg more families need to be that way. Girls need to be trained to take cock as young as possible.
OCE: New England isn't far. She is available on Friday
PRINCESSPANTYBOY: I wish I had the time to come down I d have a blast
PRINCESSPANTYBOY: Any way I could see some pics of the little cutie?
OCE: Like I said, we only do IRL. I can send pics if I know you are committed to visiting.

. . .

PRINCESSPANTYBOY: I def understand. I wish I could commit my cock would love to fill her up. Does she enjoy all 3 holes being used? And would I be able to jerk off in a pair of her panties too?
OCE: No anal, but you can cum in her panties. If your clean I'll let you cum in her. She's to young to get pregnant.
PRINCESSPANTYBOY: I'm clean and I desperately would want to cum inside her
PRINCESSPANTYBOY: How rough would I be allowed to be? Could I just pound the shit out of her?
OCE: We are around most weeks and we do vacation up north on occasion if we find a nice spot with fun activities.
PRINCESSPANTYBOY: We have a lot of skiing up here
PRINCESSPANTYBOY: I'm guessing I'd have to pay
OCE: There is a premium for the travel.
PRINCESSPANTYBOY: Gotcha. What was the first thing she was penetrated with?
OCE: BBC[4]
OCE: Just kidding. A finger
PRINCESSPANTYBOY: Damn was she 8 or 9 then?
PRINCESSPANTYBOY: Is she a moaner? Does she like to talk during?
OCE: She's submissive. She'll do whatever you tell her to do.
PRINCESSPANTYBOY: Fuckkk
PRINCESSPANTYBOY: What's her favorite way to orgasm

. . .

OCE: Are you wanting to meet her?
PRINCESSPANTYBOY: I would love to I just dunno when I'd be able to :/

. . .

---

[4] BBC is an abbreviation for big black cock.

22. The conversation later shifted from the Target Application to Telegram[5] where the subject utilized Telegram account **Pantyluvr69** with a display name of **Werd Ble**. After continued conversation, **Pantyluvr69** erased the Telegram messages.

***Subsequent Investigation***

23. On July 1, 2026, law enforcement issued an administrative subpoena to Telegram requesting subscriber information for user **@Pantyluvr69.** On July 8, 2026, Telegram provided the requested subscriber information for user **@Pantyluvr69.** Telegram provided phone number as 802-417-6962 and IP address of 64.223.97.242 as being associated with user **@Pantyluvr69**. Telegram also identified the device that **@Pantyluvr69** utilized to access the Telegram platform between June 17, 2026, through July 7, 2026, as a Motorola Moto G Stylus Android device.

24. On July 10, 2026, law enforcement issued an administrative subpoena to the ISP provider, Fidium, for subscriber information pertaining to IP address 64.223.97.242, which was connected to the NCMEC tips and the Telegram account associated with the June 2026 conversation with **Princesspantyboy**. On July 15, 2026, Fidium provided the requested subscriber information. The subscriber information associated with IP address 64.223.97.242 identified the account owner as Andrew BUZZELL, a service address of 472 Clarendon Avenue, West Rutland, Vermont (the "West Rutland Address"), a listed email of abuzzell91@gmail.com, and a service start date of February 16, 2024, with current active service at the West Rutland Address.

[5] Telegram (also known as Telegram Messenger) is a cloud-based, cross-platform social media and instant messaging (IM) service. Telegram allows users to exchange messages, share media and files, and hold private and group voice or video calls as well as public livestreams. Telegram offers end-to-end encryption in voice and video calls, and optionally in private chats if both participants use a mobile device.

25. At the time of the aforementioned conversation, in June 2026, Andrew BUZZELL was a 34 year old male, which is the same age that Target Application user **Princesspantyboy** claimed to be when messaging the FBI OCE about engaging in sex acts with the nine-year-old female.

26. Open-source records indicate the phone number 802-417-6962, the phone number associated with Telegram user **@Pantyluvr69**, is used by Andrew BUZZELL.

27. Vermont Department of Motor Vehicle records indicate that Andrew BUZZELL lists the West Rutland Address as his primary residence. Additionally, several vehicles registered to Andrew BUZZELL identify the West Rutland Address as the address on record.

28. Open-source information obtained about Andrew BUZZELL indicates he is an Elder at the Green Mountain Baptist Church and State Director at the Child Evangelism Fellowship (CEF) in Vermont. *See* https://www.gmbcvermont.com/leadership. According to CEF's website, it "exists to evangelize boys and girls with the Gospel of the Lord Jesus Christ and to establish (disciple) them in the Word of God and in a local church for Christian living . . . ." *See* https://cefvt.org/about/. Further, open-source information states that Andrew BUZZELL "has [] received specialized training through CEF to evangelize and disciple children and [he] is currently furthering his ministry education through the Children's Ministries Institute." *See* https://www.gmbcvermont.com/leadership.

***Search Warrant Execution & Interviews of Andrew BUZZELL***

29. On Thursday, August 6, 2026, United States Magistrate Judge Kevin J. Doyle issued a search warrant in connection with this investigation. The following day, Friday, August 7, 2026, law enforcement executed that warrant.

30. On Friday, August 7, 2026, in connection with executing the federal search warrant, law enforcement spoke with Andrew BUZZELL multiple times throughout the day. During these conversations, Andrew BUZZELL admitted to law enforcement that he used Kik messenger accounts kinkyvt1231 and woodman1241. He also admitted that email account, abuzzell91@gmail.com, belonged to him.

31. Andrew BUZZELL also admitted to law enforcement that he engaged in the above-mentioned conversation with the FBI OCE discussing traveling to Philadelphia to engage in sex with a nine-year-old female.

32. When asked about the message exchange, Andrew BUZZELL stated that he did not have a niece; however, he admitted to having babysat a ten-year-old female child he knew through his church. Andrew BUZZELL also stated that this was the juvenile he was referring to when he said "How did you start training her? I need to train my niece that's 10," in the conversation with the FBI OCE.

33. Law enforcement also confronted Andrew BUZZELL with the child pornography images and a still image of the video that Kik submitted to NCMEC. When confronted, Andrew BUZZELL recognized the images and admitted that he must have uploaded them because that was how he gained access to various discussion channels related to child pornography.

## CONCLUSION

34. Based on the foregoing, there is probable cause to believe that on or about November 2024, Andrew BUZZELL knowingly distributed material that contains child pornography in violation of 18 U.S.C. § 2252A(a)(2)(B).

Respectfully submitted,

________________________________
John Krawczyk
Special Agent
Federal Bureau of Investigation (FBI)

Sworn and subscribed to me by reliable electronic means consistent with Fed. R. Crim. P. 4.1 on this 8th day of August 2026.

Kevin J. Doyle
________________________________
The Honorable Kevin J. Doyle
UNITED STATES MAGISTRATE JUDGE